UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **EDCV 24-1747-MWF(SHKx)** | Date: October 03, 2024 |
| Title | ***Manuel Zamudio, Jr. v. Daniel Han, et al.*** | |

Present: The Honorable:  MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on August 15, 2024.  (Docket No. 1).  On September 23, 2024, Plaintiff filed three Proofs of Service reflecting service of the Summons and Complaint on Defendants Daniel Han, City of San Bernardino, and the San Bernardino Police Department on September 5, 2024.  (Docket Nos. 10 to 12).  No proof of service has been filed as to Defendant Dennis Han.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **OCTOBER 18, 2024**.

- ■ By Defendants:  Responses to the Complaint.  The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

    OR

- ■ By Plaintiff:  Applications to the Clerk to Enter Default as to properly served Defendants who have not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **EDCV 24-1747-MWF(SHKx)**                              Date:  October 03, 2024

Title        ***Manuel Zamudio, Jr. v. Daniel Han, et al.***

respond to the Order to Show Cause by **October 18, 2024,** will result in the dismissal of this action.

    IT IS SO ORDERED.