1  John E. Sweeney, Esq. – State Bar No. 116285
2  **THE SWEENEY FIRM**
   315 South Beverly Drive, Suite 200
3  Beverly Hills, California 90212
4  Phone: (310) 277-9595
   Fax:    (310) 277-0177
5  Email: jes@thesweeneyfirm.com

6

7  Attorney for Plaintiff MANUEL ZAMUDIO, JR.

8

9             UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11

12 | MANUEL ZAMUDIO, JR.                         | Case No.: 5:24-cv-01747-MWF-SHK
13 |                       Plaintiff,            |
14 |        vs.                                  | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT**
15 | DANIEL HAN; CITY OF SAN                     | **(Dennis Han)**
16 | BERNARDINO; SAN BERNARDINO
17 | POLICE DEPARTMENT; DENNIS
   | HAN; and DOES 1 to 20, Inclusive,
18 |
19 |                       Defendants.

20
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

- 1 -

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT (Dennis Han)**

Civil Action No. **5-24-CV-01747-MWF-SHK**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **DENNIS HAN**
**was received by me on October 7, 2024**

☑ I personally served to: DENNIS HAN at 1124 E Mirada Rd , San Bernardino, CA 92404-4127 on October 8, 2024 2:03 PM **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET;CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR) Counsel are required to furnish and discuss**

☐ **this Notice with their clients; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge**

I left the The documents have already been provided to you; please refer to Invoice No. LL71813 at the individual's residence or usual place of abode with  ,a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the The documents have already been provided to you; please refer to Invoice No. LL71813 to  , who is designated by law to accept service of process on behalf of   on  ;or

☐ I returned the The documents have already been provided to you; please refer to Invoice No. LL71813 unexecuted because;

☐ other *(specify)*:

My fees are $ .00 for travel and $ 135.50 for services, for a total of $ 135.50

I declare under penalty of perjury that this information is true.

Date:   10/08/2024

*Server's signature*

**CHERI LYNN SIPLE**
*Printed name and title*

**Contracted by**
**4195 Chino Hills Parkway, Suite E #411,**
**Chino Hills, CA 91709**
**(909) 360-8163**
*Server's Address*

A0440-LL73176