# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ZAMUDIO, JR.,<br><br>    Plaintiff,<br><br> v.<br><br>DANIEL HAN, et al.,<br><br>    Defendants. | Case No. EDCV 24-1747-MWF(SHKx)<br><br>ORDER GRANTING STIPULATION FOR RELIEF FROM DEFAULT AGINST DEFENDANT DENNIS HAN |

The Court has reviewed the Stipulation for Relief from Default Judgment [sic] Against Defendant Dennis Han, filed by Defendant Dennis Han and Plaintiff Manuel Zamudio, Jr. (Docket No. 32). For good cause shown, the request is GRANTED. The Court ORDERS as follows:

1. The Default by Clerk as to Dennis Han, filed December 3, 2024 (Docket No. 25) is SET ASIDE.
2. Defendant Dennis Han shall respond to Plaintiff's Complaint no later than **MARCH 7, 2025.**

**IT IS SO ORDERED.**

Dated: February 14, 2025

              _____
              MICHAEL W. FITZGERALD
              United States District Judge

The Court did not receive the required word-processing version of the proposed Order. See http://www.cacd.uscourts.gov/e-filing/proposed-documents. Future filings that do not comply with the Local Rules may be stricken.