UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   5:24-cv-01747-MWF-SHK                              Dated: October 27, 2025
Title:     Manuel Zamudio, Jr. v. Daniel Han et al

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

      Lesbith Castillo                              Amy Diaz
      Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:

      John Edward Sweeney                           Scott Joseph Carpenter
      Morgan Ashleigh Metzger

PROCEEDINGS:   DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [45]

    Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk  <u>lca</u>
:22 min