# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ZAMUDIO, JR., <br><br> Plaintiff, <br> v. <br><br> DANIEL HAN, CITY OF SAN BERNARDINO; SAN BERNARDINO POLICE DEPARTMENT; DENNIS HAN; and DOES 1 to 20, Inclusive, <br><br> Defendants. | Case No.: 5:24−cv−01747−MWF−SHK <br><br> **ORDER GRANTING STIPULATION TO CONTINUE EXPERT DISCOVERY DEADLINE** |

PURSUANT TO THE STIPULATION OF THE PARTIES, and good cause appearing, it is hereby ordered that:

The expert discovery cutoff set for November 5, 2025, shall be extended to December 15, 2025.

IT IS SO ORDERED.

DATED:

_____
Honorable Michael W. Fitzgerald
United States District Judge

- 1 -

ORDER GRANTING STIPULATION TO
CONTINUE EXPERT DISCOVERY DEADLINE