JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MANUEL ZAMUDIO, JR.,

          Plaintiff,

    v.

DANIEL HAN, et al.,

          Defendants.

Case No. EDCV 24-1747-MWF(ACCVx)

ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

    The Court has considered the Joint Stipulation to Dismiss Entire Action with Prejudice, filed by Plaintiff Manuel Zamudio, Jr. and Defendants City of San Bernardino, a public entity (also erroneously sued as San Bernardino Police Department), and Sergeant Daniel Han (collectively, "Defendants"). (Docket No. 73). For good cause shown, the Stipulation is GRANTED.

    IT IS HEREBY ORDERED that the above-entitled matter is DISMISSED with prejudice in its entirety as to Defendants, pursuant to Fed. R. Civ. P. 41.

    IT IS SO ORDERED.

Dated: March 27, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-